# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

| | | |
|---|---|---|
| **Raini Clapper Walker,** | ) | CASE NO. 14-05239-MH1-13 |
| **Debtor.** | ) | |
| | ) | |
| **Raini Clapper Walker,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | AP Case No. 3:15-90054 |
| **Selene Finance LP,** | ) | |
| **Defendant.** | ) | |

SELENE FINANCE L.P'S MOTION TO WITHDRAW THE REFERENCE IN PART
PURSUANT TO 28 U.S.C. § 157(d)

**RELIEF IS SOUGHT FROM A UNITED STATES DISTRICT COURT JUDGE**

Comes now the Defendant, Selene Finance LP (hereinafter "Selene"), by and through its attorney, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011 and Local Bankruptcy Rule 5011-2, and herewith requests that the reference of this matter to this Court be withdrawn with regard to the Second Claim for Relief to Remove Cloud From Title, and, the Third Claim for Relief for RESPA-Reg. X/TILA-Reg. Z.

In support of the requested relief, Selene contemporaneously files its Memorandum of Law in Support of this Motion. The causes of action asserted arise under state and federal laws which are completely separate from, and not related to, Plaintiff's Chapter-13 bankruptcy case. The noncore and unrelated claims should be

heard by the United States District Court for the Middle District of Tennessee. The United States District Court should, therefore, withdraw the reference of the noncore and unrelated matters to the United States Bankruptcy Court for the Middle District of Tennessee.

Pursuant to LBR 5011-2(b), the names of all parties to this proceeding along with the names, addresses and telephone numbers of the parties' respective counsel are set forth below:

Raini Clapper Walker, Plaintiff

Keith D. Slocum, Esq.
Harlan, Slocum & Quillen
39B Public Square
PO Box 949
Columbia, TN 38402
(931) 381-0660

Selene Finance LP, Defendant

Edward D. Russell, Esq.
Michael N. Wennerlund, Esq.
Wilson & Associates, PLLC
8 Cadillac Drive, Suite 120
Brentwood, TN 37027
(615) 255-9388

WHEREFORE, Selene respectfully requests that the United States District Court for the Middle District of Tennessee partially withdraw the reference of this matter.

/s/ Edward D. Russell_____
Edward D. Russell (026126)
Michael N. Wennerlund (031332)
WILSON & ASSOCIATES, PLLC
8 Cadillac Drive, Suite 120
Brentwood, TN 37027
615-255-9388 phone
615-255-5581 fax
erussell@wilson-assoc.com
*Attorneys for Selene Finance LP*

## **CERTIFICATE OF SERVICE**

       On March 4, 2015, I hereby certify that a true and correct copy of the foregoing was sent via first class U.S. Mail, postage prepaid, and/or electronically to the following parties in interest:

                Keith Slocum
                Harlan & Slocum
                Attorney for the Plaintiffs
                P.O. Box 949
                Columbia, Tennessee 38402-0949
                931-381-0660 Phone
                931-381-7627 Fax
                bknotices@robertharlan.com

                                                /s/ *Edward D. Russell*
                                                Edward D. Russell